# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina

United States of America )
v. )
)
Kenneth Rennard Hill ) Case No: 7:08-CR-45-2F
) USM No: 51255-056

Date of Original Judgment: July 15, 2009 )
Date of Previous Amended Judgment: February 21, 2014 ) Cindy Bembry
*(Use Date of Last Amended Judgment if Any)* Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 68 months **is reduced to** 60 months in Counts 1 and 4

The sentences in Counts 1 and 4 shall run concurrently. Count 2 remains 60 months, consecutive, resulting in a total sentence of 120 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 15, 2009, and February 21, 2014, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3/25/15

Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

James C. Fox, Senior U.S. District Judge
Printed name and title

EDNC Rev. 11/8/2011